**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DWAYNE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 6080 |
| | ) | |
| v. | ) | Judge Durkin |
| | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 25 STATEMENT NOTING PLAINTIFF'S DEATH**

Defendants Roberto Garcia, Jose Gomez, Jonathan Apacible, George Lopez,

Wayne Raschke, Thomas Crain, and Jeffrey Adamik ("Individual Defendants"), by their

undersigned attorneys and pursuant Fed. R. Civ. P. 25, hereby formally note that the

death of Plaintiff Dwayne Hill occurred on or about February 23, 2020.


Respectfully submitted,

Individual Defendants

By:    /s/ Shneur Nathan
       Shneur Nathan
       *Attorney for Individual Defendants*

Nathan & Kamionski LLP
33 W. Monroe St., Suite 1830
Chicago, IL  60603
Phone: (312) 612-1955
Attorney No. 62094495

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shneur Nathan, hereby certify that on June 3, 2020, I caused a copy of the above Motion to be served via the Court's ECF system upon counsel for Plaintiff.

<u>/s/ Shneur Nathan</u>
Shneur Nathan
