Donna Hill
                Plaintiff,

v.                               Case No.: 1:19−cv−06080
                              Honorable Franklin U. Valderrama

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

      MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report. In light of the report and the changing contours of the parties' discovery dispute, Plaintiff's Motion to Compel City Documents Related to Labar Spann [171] is denied without prejudice, with leave to re−file after the parties have completed the production and review of the RD files and the USAO files. The parties are ordered to file an updated joint status report on 1/10/22. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.