# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

DWAYNE HILL,                              )
                                         )
            Plaintiff,                   )
                                         )          Case No. 19-CV-6080
      v.                                 )
                                         )          Judge Franklin U. Valderrama
CITY OF CHICAGO, *et al.*,               )
                                         )
            Defendants.                  )          JURY TRIAL DEMANDED
                                         )
─────────────────────────────────────────
                                         )
RICKEY FOUNTAIN,                         )
                                         )
            Plaintiff,                   )          Case No. 19-CV-6081
                                         )
      v.                                 )
                                         )          Judge Franklin U. Valderrama
                                         )
CITY OF CHICAGO, *et al.*,               )
                                         )          JURY TRIAL DEMANDED
            Defendants.                  )

## JOINT STATUS REPORT

Per the Court's Order (Dkt. No. 176), the parties provide the following joint status report:

1.      On September 28, 2021, Chief Judge Pallmeyer granted the City's motion to compel the United States' Attorney's Office (the "USAO") to produce grand jury materials and documents related to the federal case *United States v. Spann*, Case No. 17-CR-611-1 (N.D. Ill.). These documents are relevant to determining the extent of gang leader Labar Spann's interference in Plaintiffs' criminal trials and the credibility of several key witnesses in this case. The USAO sought an extension to make its production until November 11, 2021. To date, the USAO has not completed its production, in part because it awaits Chief Judge Pallmeyer's ruling after viewing certain documents *in camera*. Counsel for the City has spoken with Assistant United States Attorney Patrick Mott in an effort to expedite the production of such documents. AUSA Mott

produced two responsive reports on January 7, 2022, which the City has produced to counsel of record.

2. Plaintiffs requested that the City conduct a search for documents sufficient to show the City's coordination with federal authorities related to the Spann investigation and the City's communications with the CCSAO regarding any case involving Labar Spann related to manipulating, intimidating, coercing, and/or extorting witnesses. While the City maintained objections that this request is overly broad, unduly burdensome, and subject to privacy and security concerns, the City has produced documents identifying CPD personnel who may have communicated with federal law enforcement or who may have provided testimony in connection with the federal investigation *U.S. v. Spann*. The City continues to believe that narrowing the scope of the request to target potentially relevant documents, including identifying relevant individuals at the City, the CCSAO, and the USAO, will be more feasible after receiving the documents relied upon by the federal government during grand jury proceedings and the criminal trial against Labar Spann from the USAO. Plaintiffs received the documents discussed above on the afternoon of January 10, 2022. After Plaintiffs have had an opportunity to review and analyze the documents, they will confer further with the City about the status of this request.

3. The City agreed to search for the case and arrest reports that were created in connection with the RD numbers for 21 cases in which Labar Spann was identified as a suspect, as detailed in the parties' previous joint status report (Dkt. 175), and review and produce responsive documents that involve the parties to this case or Labar Spann manipulating, intimidating, coercing, or extorting witnesses. The City has located the reports for 10 of the 21 cases and expects to review and produce the responsive documents within the next seven days. The City continues to search for the reports created in connection with the remaining 11 cases,

most of which are not stored electronically because they are older documents. The City will produce responsive documents related to these 11 cases, if any such documents are located, on a rolling basis. Plaintiffs received the documents related to the 10 cases discussed above on the afternoon of January 10, 2022. Plaintiffs will confer with the City about the status of this request once Plaintiffs have had an opportunity to review and analyze these documents.

Respectfully submitted,

|  |  |
|---|---|
| _____*/s/ Makeba Rutahindurwa*_____ | _____*/s/ Ryan Janski*_____ |
| Theresa Kleinhaus | Shneur Z. Nathan |
| Makeba Rutahindurwa | Avi T. Kamionski |
| Jon Loevy | Ryan Janski |
| Russell Ainsworth | NATHAN & KAMIONSKI, LLP |
| LOEVY & LOEVY | 33 W. Monroe, Suite 1830 |
| 311 N. Aberdeen St., 3rd Floor | Chicago, IL 60603 |
| Chicago, IL 60607 | Phone: 312-612-1955 |
| Phone: 312-243-5900 | rjanski@nklawllp.com |
| tess@loevy.com |  |
|  |  |
| *Attorneys for Plaintiffs* | *Attorneys for the Individual Defendants* |
|  |  |
|  | CELIA MEZA |
|  | Acting Corporation Counsel of the City of Chicago |
|  |  |
|  | _____*/s/ James P. Fieweger*_____ |
|  | James P. Fieweger, #6206915 |
|  | jpfieweger@michaelbest.com |
|  | Alexius Cruz O'Malley, #6313634 |
|  | acomalley@michaelbest.com |
|  | Carolyn E. Isaac #6324095 |
|  | ceisaac@michaelbest.com |
|  | MICHAEL BEST & FRIEDRICH LLP |
|  | Special Assistant Corporation Counsel |
|  | 444 West Lake Street, Suite 3200 |
|  | Chicago, IL 60606 |
|  | Phone: 312-222-0800 |
|  |  |
|  | *Attorneys for Defendant, City of Chicago* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James P. Fieweger*