UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Donna Hill
                     Plaintiff,

v.                                             Case No.: 1:19–cv–06080
                                                Honorable Franklin U. Valderrama

City of Chicago, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

    MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report. The City has been producing the case and arrest reports in which Labar Spann was a suspect on a rolling basis and Plaintiff's review of same continues. The parties are awaiting the Chief Judge's in camera review of grand jury materials, and will be in a better position to move forward with discovery relating to City's coordination with federal law enforcement authorities once that review is completed and materials are produced. The Court will not set a fact discovery deadline until those materials have been produced. The parties are ordered to file an updated joint status report on 4/11/22. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.