**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Donna Hill

                     Plaintiff,

v.                                               Case No.: 1:19−cv−06080
                                                    Honorable Franklin U. Valderrama

City of Chicago, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: As the documents have been produced and are before the court for in camera review, the motion for extension of time [174] to produce them is stricken as moot. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.