UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE HILL | ) | |
| Plaintiff, | ) ) ) | Case No. 19-CV-06080 |
| v. | ) ) | Judge Franklin U. Valderrama |
| CITY OF CHICAGO, *et al.* | ) ) ) | |
| Defendants, | ) ) | |
| RICKEY FOUNTAIN, | ) ) | |
| Plaintiff, | ) ) ) | Case No. 19-CV-06081 |
| v. | ) ) | Judge Franklin U. Valderrama |
| CITY OF CHICAGO, *et al.* | ) ) ) | |
| Defendants | ) | |

**ORDER**

Upon the Government's Motion for an extension of time in which to produce materials for *in camera* review pursuant to the Court's order dated September 28, 2021,

IT IS HEREBY ORDERED that the Government's deadline for producing materials for *in camera* review is extended to and including November 11, 2021.

ENTERED:

REBECCA PALLMEYER
Chief Judge

DATED: October 28, 2021