# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWAYNE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-CV-6080 |
| v. | ) | |
| | ) | Judge Franklin U. Valderrama |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| RICKEY FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-CV-6081 |
| | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## JOINT STATUS REPORT

Per the Court's Orders (Dkt. Nos. 181, 183), the parties provide the following joint status report:

1.      On September 28, 2021, Chief Judge Pallmeyer granted the City's motion to compel the United States' Attorney's Office (the "USAO") to produce grand jury materials and documents related to the federal case *United States v. Spann*, Case No. 17-CR-611-1 (N.D. Ill.). These documents are relevant to determining the extent of gang leader Labar Spann's interference in Plaintiffs' criminal trials and the credibility of several key witnesses in this case and will be relevant to determining the scope of additional discovery.  The USAO produced certain documents for *in camera* review to Chief Judge Pallmeyer, who ruled on July 14, 2022, granting the City's motion and sustaining the USAO's objections to production of certain materials. (Dkt. 184.)

Counsel for the City has reached out to the USAO to determine when the government will produce the subpoenaed documents.

2.     The parties have been conferring about the schedule for the depositions of the remaining individual officer defendants.  The parties also expect that additional third-party witness depositions will be scheduled after the parties have reviewed the subpoenaed documents from *United States v. Spann*.

Respectfully submitted,


|  |  |
|---|---|
| _/s/ Russell Ainsworth_ | _/s/ Shneur Z. Nathan_ |
| Theresa Kleinhaus | Shneur Z. Nathan |
| Jon Loevy | Avi T. Kamionski |
| Russell Ainsworth | Ryan Janski |
| LOEVY & LOEVY | NATHAN & KAMIONSKI, LLP |
| 311 N. Aberdeen St., 3rd Floor | 33 W. Monroe, Suite 1830 |
| Chicago, IL 60607 | Chicago, IL 60603 |
| Phone:  312-243-5900 | Phone:  312-612-1955 |
| tess@loevy.com | rjanski@nklawllp.com |
|  |  |
| *Attorneys for Plaintiffs* | *Attorneys for the Individual Defendants* |
|  |  |
|  | _/s/ James P. Fieweger_ |
|  | James P. Fieweger |
|  | Alexius Cruz O'Malley |
|  | Carolyn E. Isaac |
|  | MICHAEL BEST & FRIEDRICH LLP |
|  | Special Assistant Corporation Counsel |
|  | 444 West Lake Street, Suite 3200 |
|  | Chicago, IL 60606 |
|  | Phone:  312-222-0800 |
|  | jpfieweger@michaelbest.com |
|  | acomalley@michaelbest.com |
|  | ceisaac@michaelbest.com |
|  |  |
|  | *Attorneys for Defendant City of Chicago* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James P. Fieweger*