# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>    Defendants. | Case No. 19-CV-6080<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |
| RICKEY FOUNTAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>    Defendants. | Case No. 19-CV-6081<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Per the Court's Order (Dkt. Nos. 186), the parties provide the following joint status report:

1. The parties propose that the deadline to complete fact discovery is February 28, 2023. This will allow the parties sufficient time to complete necessary fact investigation following the production of the grand jury materials and documents related to Labar Spann by the USAO on August 2, 2022, and to conduct depositions of the Plaintiff, three remaining Individual Defendants, third-parties Demetrius Harris and Steven McKinnie, and multiple other third-party witnesses (some of whom may be identified upon review of the documents received by the USAO). This deadline also accounts for counsel's competing schedules.

2. The parties have conferred about the remaining deposition scheduling of the parties, which include Plaintiff Fountain and Individual Defendant Officers Adamik, Garcia, and Gomez.

The parties have not yet agreed to dates for these depositions, but will agree to tentative dates for the remaining party depositions by September 2, 2022. The parties will also confer about third-party depositions after reviewing the materials produced by the USAO on August 2, 2022 (totaling approximately 250 pages), and will agree on a tentative schedule for the remaining depositions by September 30, 2022.

Respectfully submitted,

| | |
|---|---|
| _/s/ Russell Ainsworth_ | _/s/ Shneur Z. Nathan_ |
| Theresa Kleinhaus | Shneur Z. Nathan |
| Jon Loevy | Avi T. Kamionski |
| Russell Ainsworth | Ryan Janski |
| LOEVY & LOEVY | NATHAN & KAMIONSKI, LLP |
| 311 N. Aberdeen St., 3rd Floor | 33 W. Monroe, Suite 1830 |
| Chicago, IL 60607 | Chicago, IL 60603 |
| Phone: 312-243-5900 | Phone: 312-612-1955 |
| tess@loevy.com | snathan@nklawllp.com |
| jon@loevy.com | akamionski@nklawllp.com |
| russell@loevy.com | rjanski@nklawllp.com |
| *Attorneys for Plaintiffs* | *Attorneys for the Individual Defendants* |
| | |
| | _/s/ James P. Fieweger_ |
| | James P. Fieweger |
| | Alexius Cruz O'Malley |
| | Carolyn E. Isaac |
| | MICHAEL BEST & FRIEDRICH LLP |
| | Special Assistant Corporation Counsel |
| | 444 West Lake Street, Suite 3200 |
| | Chicago, IL 60606 |
| | Phone: 312-222-0800 |
| | jpfieweger@michaelbest.com |
| | acomalley@michaelbest.com |
| | ceisaac@michaelbest.com |
| | *Attorneys for Defendant City of Chicago* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                     */s/    James P. Fieweger*