Donna Hill

                          Plaintiff,

v.                                          Case No.: 1:19–cv–06080
                                            Honorable Franklin U. Valderrama

City of Chicago, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2022:

     MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report and adopts the proposed fact discovery deadline of 2/28/23. The parties are ordered to file an updated joint status report on 11/1/22. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.