IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWAYNE HILL, | ) | |
| Plaintiff, | ) ) ) | Case No. 19-CV-6080 |
| v. | ) ) | Judge Franklin U. Valderrama |
| CITY OF CHICAGO, *et al.*, | ) ) | |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| RICKEY FOUNTAIN, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-CV-6081 |
| v. | ) ) | Judge Franklin U. Valderrama |
| CITY OF CHICAGO, *et al.*, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**Joint Status Report**

Per the Court's Order (Dkt. No. 199 ), the parties provide the following joint status report:

The parties have completed additional third-party and party depositions since the last status report and are working to complete the remaining depositions.

On February 2, 2023, Defendants requested Plaintiff Ricky Fountain for the first time. Plaintiff's counsel has party depositions in other matters throughout February as well as other scheduling conflicts which prevent her from presenting Mr. Fountain for deposition in February. However, Plaintiff's counsel offered to allow Mr. Fountain

to be deposed outside of fact discovery in early March 2023. Defendants' position is that if Fountain's deposition cannot be taken before the February 28 fact discovery deadline, the deadline should be extended by 30 days so that the parties can complete his deposition. Defendants' position is that the depositions of Plaintiff and several third-party witnesses, including key witnesses Demetrius Harris and Steven McKinnie, could not be completed until the USAO produced highly relevant documents related to the federal case against Labar Spann, including testimony from Mr. Harris. (*See* Dkt. 180 ¶ 1; Dkt. 118 at 3-7.) After receiving the *Spann* documents, the parties agreed on a fact discovery deadline of February 28, 2023 to allow sufficient time to complete the necessary fact investigation, which the parties expressly agreed included the depositions of Plaintiff Ricky Fountain, the three remaining Individual Defendants, key third-party witnesses Demetrius Harris and Steven McKinnie, and other third-party witnesses that may be identified after reviewing the documents produced by the USAO. (*See* Dkt. 187, Dkt. 188.) The parties have completed the depositions of the three Individual Defendants and several other third-party witnesses. The parties scheduled the upcoming depositions of Demetrius Harris and Steven McKinnie after obtaining leave to depose individuals in incarceration, and are in the process of scheduling one last third party witness, Nayale Rouse. (*See* Dkt. 196.) Defendants believe the deadline should be extended by 30 days so that the parties can complete the remaining deposition and may file a motion for extension of time if necessary.

The parties may request the assistance of the Court with settlement discussions and will contact the Court for scheduling purposes.

Respectfully submitted,

| | |
|---|---|
| */s/Theresa Kleinhaus* | /s/ *Warren Fasone* |
| Theresa Kleinhaus | Shneur Z. Nathan |
| Jon Loevy | Avi T. Kamionski |
| Russell Ainsworth | Warren Fasone |
| | |
| LOEVY & LOEVY | NATHAN & KAMIONSKI, LLP |
| 311 N. Aberdeen St., 3rd Floor | 33 W. Monroe, Suite 1830 |
| Chicago, IL 60607 | Chicago, IL 60603 |
| Phone: 312-243-5900 | 312-612-1955 |
| Tess@loevy.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for the Individual Defendants* |

*/s/ Brianna Siebken*
James P. Fieweger,
jpfieweger@michaelbest.com
Brianna Siebken
sjsiebken@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Special Assistant Corporation Counsel
444 West Lake Street, Suite 3200
Chicago, IL 60606
(312) 222-0800

*Attorneys for Defendant, City of Chicago*